No. 162. G. M. ROSENGRANT, DOING BUSINESS AS THE RIVERSIDE MANUFACTURING COMPANY *v.* EVA J. HAVARD. Error to the Supreme Court of the State of Alabama. Argued February 24, 1927. Decided February 28, 1927.

*Per Curiam.* Affirmed on the authority of *Grant Smith-Porter Ship Co.* v. *Rohde,* 257 U. S. 469, and *Millers' Indemnity Underwriters* v. *Braud,* 270 U. S. 59. *Mr. Gregory L. Smith* for plaintiff in error, submitted. *Mr. Vincent F. Killom,* with whom *Mr. Frederick G. Bromberg* was on the brief, for defendant in error.